UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



FILED
TAMPA, FLORIDA

2004 JUL 12 PM 3: 40

CLERK, U.S. BANKRUPTCY
COURT, MIDDLE
DISTRICT OF FLORIDA

In re:

Nicola Capoccetta,                                    Case No. 8:04-bk-11928-KRM

Debtor.

_____/

## NOTICE OF APPEARANCE, REQUEST TO
## RECEIVE DOCUMENTS, AND REQUEST TO BE
## ADDED TO MAILING MATRIX

The undersigned, Bernard J. Morse of Morse & Gomez, P.A., hereby gives notice that such firm is

appearing in this case on behalf of Ronald Martino. Accordingly, copies of all pleadings, correspondence and

all other documents and papers filed in this case hereafter should be furnished to the undersigned attorneys and

further requests to be added to the clerk's mailing list in this case.

MORSE & GOMEZ, P.A.

BERNARD J. MORSE, ESQ.
Florida Bar No. 462251
119 South Dakota Avenue
Tampa, Florida 33606
Telephone:     (813) 301-1000
Facsimile:      (813) 301-1001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **NOTICE OF APPEARANCE, REQUEST TO RECEIVE
DOCUMENTS, AND REQUEST TO BE ADDED TO MAILING MATRIX** has been furnished by U.S.
Mail to on this 12 day of July, 2004, to **Nicola Capoccetta**, 12288 Katherwood St., Spring Hill, FL 34608;
**Louis J. Brunoforte, Esq.**, 10506 Spring Hill Dr., Spring Hill, FL 34608; **Traci K. Strickland, Trustee**,
P.O. Box 86690, Maderia Beach, FL 33738; **Ronald Martino**, 9130 Niagara Rd., Weeki Wachee, FL 34613;
and **United States Trustee Office**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

Bernard J. Morse, Esq.

F:\Shared Office Files\Martino\pleading\n-appearance.doc